IN THE

TENTH COURT OF
APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00342-CR

 

Christopher Hidrogo,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court # 04-02-17,611-CR

 



MEMORANDUM Opinion



 








Christopher Hidrogo has filed a pleading, the
substance of which is to withdraw his notice of appeal.  Attached to the pleading is an affidavit,
personally signed by Hidrogo, affirming that he no longer wishes to pursue his
appeal.  

We have not issued a decision in this
appeal.  The Clerk of this Court has sent
a duplicate copy of the pleading to the trial court clerk.  

The appeal is dismissed.  See
Tex. R. App. P. 42.2(a).

 

                                                          TOM
GRAY

                                                          Chief
Justice

 

Before Chief Justice Gray,

          Justice Vance, and

          Justice Reyna

Appeal dismissed

Opinion delivered and
filed March 16, 2005

Do not publish

[CR25]